Debra ALBERT, Appellant,

v.

RESERVE REALTY & INVESTMENT COMPANY, LLC, a Florida Limited Liability Company, Appellee.

No. 4D15–3665.

District Court of Appeal of Florida, Fourth District.

Aug. 3, 2016.

Leonard Wilder of Bakalar & Associates, P.A., Coral Springs, for appellant.

Elizabeth A. Izquierdo and Hinda Klein of Conroy Simberg, Hollywood, for appellee.

PER CURIAM.

*Affirmed. See Wolf v. Sam's East, Inc.,* 132 So.3d 305 (Fla. 4th DCA 2014).

WARNER, MAY, JJ., and ARTAU, EDWARD L., Associate Judge, concur.